AMERICAN TRADING CO. v. UNITED STATES.

FLINT EDDY & AMERICAN TRADING CO. v. SAME.

(Circuit Court, S. D. New York.    December 16, 1904.)

Nos. 3,616, 3,617.

CUSTOMS DUTIES—CLASSIFICATION—WOOD VENEERS WITH PAPER BACKING.

    As to veneers of wood of exceeding thinness, pasted on paper for the
purpose of keeping them in shape, the paper being in some instances
the component material of chief value, *held*, that they are within the
provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule D, par. 198, 30
Stat. 167 [U. S. Comp. St. 1901, p. 1646], for "veneers of wood."

On Application for Review of a Decision of the Board of United
States General Appraisers.

These cases relate to so-called wood-shaving veneers, imported at the port of New York. They consist of exceedingly thin wooden veneers, estimated by one witness to have a thickness of from 1-1000 to 1-900 of an inch, to which a paper backing has been pasted; the purpose of this backing being to keep the material in shape and protect it from destruction in handling and transportation. The collector classified this material as manufactures of the component material of chief value, which in some cases was wood and in others paper. The importers contended that it should have been classified under the provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule D, par. 198, 30 Stat. 167 [U. S. Comp. St. 1901, p. 1646], for "veneers of wood." The Board of General Appraisers affirmed the assessment by the collector.

Comstock & Washburn, for importers.

Henry A. Wise, Asst. U. S. Atty.

PLATT, District Judge. The decision of the Board of General Appraisers is reversed.